429 A.2d 97

Commonwealth v. Williams, a/k/a Porter, Appellant.

Submitted March 21, 1980. Emil W. Kantra, II, for appellant; Edward J. Zamborsky, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order of the lower court affirmed.